IN THE SUPREME COURT

| 448P13 | State v. Tremona Dremell Williams | Def's PDR Under Under N.C.G.S. § 7A-31 (COA13-193) | Denied |
|---|---|---|---|
| 452P13 | Thomas Culbreth, Employee v. Ironmen of Fayetteville, Inc., Employer Stonewood Insurance Company, Carrier | 1. Defs' NOA Based Upon a Constitutional Question (COA13-14)<br><br>2. Defs' PDR Under N.C.G.S. § 7A-31<br><br>3. Defs' Motion to Hold NOA and PDR In Abeyance Pending Settlement of Claim | 1. —<br><br>2. —<br><br>3. Allowed |
| 462P13 | Linda M. Robinson and Frank Robinson v. Duke University Health Systems, Inc., d/b/a Duke University Medical Center, Duke University Affiliated Physicians, Inc., Christopher Mantyh, M.D., Erich S. Huang, M.D., Mayur B. Patel, M.D., Lewis Hodgins, M.D., and Jane and John Doe | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA12-1239)<br><br>2. Motion for Admission of Reynolds Williams *Pro Hac Vice* | 1. Denied<br><br>2. Allowed |
| 465A06-2 | State v. Ryan Gabriel Garcell | Def's Petition for *Writ of Certiorari* to Review Order of Superior Court of Rutherford County | Dismissed |
| 490P13 | State v. Alfutir Kareem-Id Mayweather | Def's PDR Under N.C.G.S. § 7A-31 (COA13-316) | Denied |
| 492P13 | Judy Hammond v. Saira Saini, M.D., Carolina Plastic Surgery of Fayetteville, P.C., Victor Kubit, M.D., Cumberland Anesthesia Associates, P.A., Wanda Untch, James Bax, and Cumberland County Hospital System, Inc. | Defs' (Bax, Untch, and CCHS) PDR Under N.C.G.S. § 7A-31 (COA12-1493) | Allowed |